IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jason Webb,

    **Plaintiff,**

    v.                              Case No. 2:10-cv-814

                                            JUDGE EDMUND A. SARGUS, JR.

Commissioner of Social            Magistrate Judge Kemp
Security,

    **Defendant.**

### ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on May 4, 2011.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation (#18).  The plaintiff's statement of errors (#14) is **SUSTAINED** to the extent that this case is **REMANDED** to the Commissioner pursuant to 42 U.S.C. §405(b), sentence four, for further consideration of whether the plaintiff suffers from a severe and limiting impairment of his wrists, hands and fingers.

    **IT IS SO ORDERED.**

_5-26-2011_                                                   _/s/_
**DATE**                                                       **EDMUND A. SARGUS, JR.**
                                                            **UNITED STATES DISTRICT JUDGE**