AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JASON WEBB,**

        **Plaintiff,**

                **JUDGMENT IN A CIVIL CASE**

vs.

                **CASE NO.  C2-10-814**
**COMMISSIONER OF**       **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**       **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendant.**

____ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order filed May 27, 2011, JUDGMENT is hereby entered REMANDING this case to the Commissioner pursuant to 42 U.S.C. §405(b), sentence four, for further proceedings consistent with the Report and Recommendation.  This case is DISMISSED.**

Date: May 27, 2011                             JAMES BONINI, CLERK

                                                          /S/ Andy F. Quisumbing
                                                       (By) Andy F. Quisumbing
                                                       Courtroom Deputy Clerk